IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KAREN PAULSON,

    Petitioner,

v.                                                                     4:14cv449-WS/CAS

J.V. FLOURNOY, Warden,

    Respondent.

_____

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed March 28, 2016. See Doc. 17. The magistrate judge recommends that the petitioner's § 2241 petition for writ of habeas corpus be denied. The petitioner has filed objections (doc. 18) to the report and recommendation.

The court having reviewed the report and recommendation in light of the petitioner's objections, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

2. The petitioner's petition for writ of habeas corpus (doc. 1) is DENIED.

3.  The clerk shall enter judgment stating: "Karen Paulson's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is denied."

DONE AND ORDERED this   14th   day of    April   , 2016.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE